*Miscellaneous Orders.*

No. 10, Original. GEORGIA *v.* PENNSYLVANIA RAILROAD Co. ET AL. Upon submission of the report of the Special Master herein it is ordered that it be received and filed. Exceptions and objections of the parties, if any, shall be filed within ninety days thereafter.

No. 11, Original. UNITED STATES *v.* CALIFORNIA. The motion of Harold L. Ickes for leave to file suggestions is denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Harold L. Ickes, pro se.*

No. 107. STANDARD OIL Co. *v.* FEDERAL TRADE COMMISSION. This case is ordered restored to the docket for reargument.

No. 491, Misc. MADSEN *v.* JOHNSON ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Dayton M. Harrington* and *Joseph S. Robinson* for petitioner.